CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL  DOCKET NO. 3:25mj43
REPORTER: FTR  DATE: 5/1/25

UNITED STATES OF AMERICA  COUNSEL
v.

1. Saoeun Hing                              1. Paul Gill    w/
   Deft appeared via VTC ( O ) ZOOM ( )

APPEARANCES:  GOVERNMENT  Ellen Theisen                  (✓)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

BAIL STATUS:  DEFENDANT ON BOND ( )  DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

TYPE OF PROCEEDINGS:  INITIAL (✓)  ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( )  DETENTION ( )  MOTIONS ( )  OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

PRELIMINARY PROCEEDINGS:  WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

INITIAL HEARING PROCEEDINGS:  DATE OF ARREST: 5/1/25  GOVT'S MOTION TO UNSEAL (X) Granted
GOVT SUMMARIZED CHARGES (X)  DEFT ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT (X)  COUNSEL TO BE APPOINTED (X)  Joseph Camden
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT (X)  ORDER OF TEMPORARY DETENTION (✓)
DEFT REMANDED (✓)  DETENTION HEARING SET: _____

PRELIMINARY HEARING PROCEEDINGS:  GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )  PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )  DEFT REMANDED ( )
WITNESS(ES) _____

DETENTION HEARING PROCEEDINGS:  GOVT ADDUCED EVIDENCE ( )  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( )  DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )  FLIGHT RISK ( )  DANGER ( )
GOVT NOT SEEKING DETENTION ( )  DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( )  3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) _____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)  (X)

CASE CONTINUED TO: 5/6/25 @ 1:30 PM  FOR Prelim/Detention
CASE SET: 12:45  BEGAN: 12:51  ENDED: 12:59  TIME IN COURT: 8 minutes